# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| Byron Donnelle Clay, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:23-cv-80 |
| | * | |
| | * | |
| v. | * | |
| | * | |
| Captain Moss, et al, | * | |
| | * | |
| Defendants. | * | |

**ORDER REGARDING ASSIGNMENT OF CASE
TO A UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judges have expertise in handling cases like this one. In the Court's experience, cases like this one can be resolved more efficiently if the case is assigned to a Magistrate Judge. Magistrate Judges in this District can exercise full jurisdiction over such cases, but only if all parties consent to proceed before a Magistrate Judge.

If all parties consent, the Court will assign this case to a Magistrate Judge. 28 U.S.C. § 636(c). The Magistrate Judge will conduct all proceedings in the case, including trial and entry of judgment. If any party does not consent, the Court will not assign the case to a Magistrate Judge. Each party is

free to withhold consent to the assignment, and no party will suffer any consequences from withholding consent.

The Clerk of Court shall attach to this Order the Court's form entitled "Statement Regarding Assignment of Case to a United States Magistrate Judge."[1]  Each party must fill out and return this form to the Court.[2]  Plaintiff (and any Defendant who has already appeared in this case) must complete, sign, and return this form within **14 days of the date of this Order.**  Any Defendant who has not yet appeared must complete, sign, and return this form within **14 days of the Defendant's appearance in the case.**[3]  Any party which fails to return its Statement Regarding Assignment by these deadlines may face sanctions.

The parties' Statements Regarding Assignment will be filed on the docket in a restricted manner to protect the voluntariness of the parties' consent.  Only the filing party and the office of the Clerk of Court may access the filing.

---

[1]  This form is also available on the Court's website at: www.gasd.uscourts.gov/Judge-Wood-Civil-Cases.

[2]  Pro se parties can mail the executed Statement Regarding Assignment to the Clerk of Court, and the Clerk will file it.  Attorneys can use the Court's electronic case filing system to file the Statement, using the CM/ECF event titled "Statement Regarding Assignment of Case to United States Magistrate Judge" located under Civil Events→Other Filings→Other Documents.

[3]  If any party later appearing in the case does not consent to the Magistrate Judge assignment, the Court will then remove that assignment and assign the case to a District Judge.

2

To be clear, if any party **does not consent** to this case being assigned to a Magistrate Judge, the Court will still refer pre-trial matters to a Magistrate Judge.  The Court will refer non-dispositive, pre-trial matters to a Magistrate Judge for a ruling and will refer all dispositive motions to a Magistrate Judge for a recommendation.  See 28 U.S.C. § 636(a), (b).

**SO ORDERED**, this 23 day of June, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA